**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Liquid Solutions, LLC, | ) | |
| | ) | Case No. 10-10618 (KG) |
| Debtor. | ) | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 3, 2010 AT 9:30 A.M.

UNCONTESTED MATTERS

1. BFI Waste Systems of North America, LLC's Motion for Abandonment, Rejection, and Relief from Automatic Stay [Docket No. 24, Filed 8-16-10].

    Related Documents:

    A. Certificate of Counsel Regarding Stipulation Resolving Motion of BFI Waste Systems of North America, LLC for Abandonment, Rejection, and Relief from Automatic Stay [Docket No. 27 Filed 9-1-10].

    B. Proposed Order with Related Docked No.

    Response Deadline: August 27, 2010 @ 4:00 p.m.

    Responses Received: None.

    Status: The parties request that the Order attached to the Stipulation be entered by the Court.

Dated: September 1, 2010                COOCH AND TAYLOR

                                         /s/ Susan E. Kaufman
                                        Susan E. Kaufman (No. 3381)
                                        The Brandywine Building
                                        1000 West Street, 10th Floor
                                        P.O. Box 1680
                                        Wilmington, DE 19899
                                        Telephone: (302) 984-3800
                                        Fax: (302) 984-3939
                                        E-mail: skaufman@coochtaylor.com
                                        Counsel to the Chapter 7 Trustee